| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **DONALD B. HAVEY** | ) | **CHAPTER 7** |
| **aka DON HAVEY** | ) | |
| | ) | **Bankruptcy Case No: 14-49449-659** |
| **Debtor,** | ) | |
| _____ | ) | |
| | ) | |
| **SABRA WILSON** | ) | **ADVERSARY PROCEEDING** |
| **f/k/a SABRA HAVEY.** | ) | **NO. 15-4045-399** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DONALD B. HAVEY** | ) | |
| **aka DON HAVEY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONSENT JUDGMENT/ORDER

Sabra Wilson (f/k/a Sabra Havey) (the "**Creditor**") and Debtor Donald B. Havey (the "**Debtor**"), on this the 31st day of March, 2015, consent to Judgment in the above case as follow:

## FACTS

1.      On June 28, 2000, the Circuit Court of Greene County, Missouri ("Circuit Court") entered its Judgment and Decree of Dissolution of Marriage ("DOM Judgment") ordering Debtor pay child support to Creditor in the amount of $1,550 per month.

2.      On June 14, 2001, an order was entered modifying the child support and arrearage amounts owed by Debtor to Creditor under the above Dissolution of Marriage Judgment.

3.      On November 19, 2007, the Circuit Court entered a Judgment of Contempt against Debtor and in favor of Creditor. Debtor was ordered to pay $74,298.47 in child support

arrearages and $32,825.54 in accrued interest for a total of $107,124.01.

4.	On March 24, 2009 and April 16, 2009, Creditor and Debtor executed and filed with the Circuit Court a Stipulation for Modification of Judgment of Dissolution of Marriage. Debtor was ordered to begin paying (i) ongoing monthly child support in the amount of $500.00 per month; and (ii) $300.00 per month towards the child support arrearages.

5.	On November 17, 2014, after a hearing held on October 22, 2014, the Circuit Court entered its Judgment of Modification of Child Support Arrearage ("2014 Judgment," see Exhibit A attached, including the parties' attached Stipulation) setting the amount of the arrearage to be paid by Debtor at $60,000.00. The Circuit Court ordered Debtor to pay $500.00 per month for two years, effective November 1, 2014. The 2014 Judgment further ordered Debtor to pay $1,000.00 per month for the three years thereafter. Finally, the Judgment of Modification ordered Debtor to pay a $12,000.00 lump sum on the 61st month after his first payment was due.

6.	The child support arrearages are still owed from Debtor to Creditor.

**THEREFORE IT IS ORDERED ADJUDGED AND DECREED** that the debts owed by Debtor to Creditor, as reflected in the 2014 Judgment (and all accruals thereon), are non-dischargeable.

DATED:  April 13, 2015
St. Louis, Missouri

cke

_____
Barry S. Schermer
United States Bankruptcy Judge

2

Stipulated and Agreed:

| THE LAW OFFICE OF JAMES B. DAY, LLC | DOSTER ULLOM & BOYLE, LLC |
|---|---|
| By: _____/s/ James B. Day_____<br>James B. Day, #43856<br>13321 North Outer Forty, Suite 600<br>St. Louis, MO 63017<br>*Attorney for Defendant*<br>*Donald B. Havey* | By: ____/s/ Andrew T. Drazen_____<br>John G. Boyle, #30776<br>jboyle@dubllc.com<br>Andrew T. Drazen, #59879<br>adrazen@dubllc.com<br>16090 Swingley Ridge Road<br>Suite 620<br>Chesterfield, Missouri 63017<br>(636) 532-0042 Telephone<br>(636) 532-1082 Facsimile<br>*ATTORNEYS FOR PLAINTIFF*<br>*SABRA WILSON f/k/a SABRA HAVEY* |

This Order Prepared By:

Andrew T. Drazen
16090 Swingley Ridge Road, Ste 620
Chesterfield, MO 63017

Copies to:

James B. Day
Law Office of James B. Day
13321 N. Outer Forty Road
Ste. 600
Chesterfield, MO 63017

Andrew T Drazen
Doster Ullom & Boyle, LLC
16090 Swingley Ridge Rd.
Ste. 620
Chesterfield, MO 63017

Donald B Havey
1312 Jeanne Hills Dr
St Louis, MO 63146

*Trustee*
Kristin J Conwell
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156

*U.S. Trustee*
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102